**Order entered April 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01127-CV

### IN THE INTEREST OF R.M., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02593-2018**

## ORDER

We **GRANT** appellee Texas Department of Family and Protective Services' April 22, 2019 second motion for extension of time to file its brief and **ORDER** appellee's brief filed as of April, 22, 2019.

/s/      DAVID J. SCHENCK
           PRESIDING JUSTICE